Prepared by State Reporter from Appeal Papers

ERWIN BALDUAN, Appellant, *v.* FRANK CONTEY,
Respondent.

*Appeal — intermediate order — motion to dismiss appeal without permission to Court of Appeals granted.*

*Balduan* v. *Contey,* 220 App. Div. 336, appeal dismissed.

(Submitted May 9, 1927; decided May 17, 1927.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered April 22, 1927, which
reversed an order of Special Term denying a motion by
defendant to vacate a judgment taken against him by
default on the ground that the summons had never
been served and granted said motion.

The motion was made upon the ground that the order
appealed from was not a final order and that permission
to appeal had not been obtained.

*Louis W. Stotesbury* for motion.

*Herman Hoffman* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

In the Matter of the Claim of CHARLOTTE BOGOLD,
Respondent, against BOGOLD BROTHERS, INC., et al.,
Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Appeal — workmen's compensation — order of Appellate Division reversing rescission of award and remitting claim, appealable to Court of Appeals.*

An order of the Appellate Division reversing the rescission of an
award under the Workmen's Compensation Law and remitting the
claim merely to reinstate the award may be regarded as a final order
or an order for a new trial with stipulation for judgment absolute subject to review in this court where no further hearing is contemplated.

*Matter of Bogold* v. *Bogold Brothers, Inc.,* 218 App. Div. 676, affirmed.

(Argued May 9, 1927; decided May 20, 1927.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered